# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-081-MOC-DCK

| | |
|---|---|
| **LANCE DEAN SHEPARDSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LAWNSTARTER, INC.**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Lawrence B. Serbin, concerning Sergei Lemberg on February 13, 2020. Sergei Lemberg seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED**. Sergei Lemberg is hereby admitted *pro hac vice* to represent Plaintiffs.

Signed: February 18, 2020

David C. Keesler
United States Magistrate Judge