**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-081-MOC-DCK**

| | | |
|---|---|---|
| **LANCE DEAN SHEPARDSON, on behalf of himself and all others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **LAWNSTARTER, INC.,** | ) ) | |
| **Defendant**. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Benjamin N. Thompson, concerning David P. Whittlesey on March 13, 2020. David P. Whittlesey seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED**. David P. Whittlesey is hereby admitted *pro hac vice* to represent Defendant.

Signed: March 13, 2020

David C. Keesler
United States Magistrate Judge