UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Lance Dean Shepardson, *on behalf of himself and all others similarly situated*,<br><br>     Plaintiff,<br><br> v.<br><br>LawnStarter, Inc.,<br><br>     Defendant. | Civil Action No.: 3:20-cv-00081-MOC-DCK |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: June 2, 2020

                 Respectfully submitted,

                 By  */s/ Sergei Lemberg*

                 Sergei Lemberg (*admitted pro hac vice*)
                 Stephen Taylor (*admitted pro hac vice*)
                 LEMBERG LAW, L.L.C.
                 43 Danbury Road, 3rd Floor
                 Wilton, CT 06897
                 Telephone: (203) 653-2250
                 Facsimile: (203) 653-3424

                 Lawrence B. Serbin
                 The Law Offices of Jason E. Taylor, P.C.
                 301 S. McDowell Street, Suite 1016
                 Charlotte, NC 28204
                 Telephone: 800-351-3008
                 Facsimile: 704-676-1094
                 *Attorneys for Plaintiff*

1

# CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2020, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                            */s/ Sergei Lemberg*
                                                              Sergei Lemberg