# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-081-MOC-DCK

| | |
|---|---|
| LANCE DEAN SHEPARDSON, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| LAWNSTARTER, INC., | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** regarding settlement of this case. The undersigned notes that "Plaintiff's Notice Of Non-Opposition To Defendant's Motion To Compel Arbitration" (Document No. 23) and a "Notice Of Settlement" (Document No. 24) were filed on June 2, 2020."

The Court commends the counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal, or request additional time to make such a filing, on or before **July 3, 2020**.

**IT IS FURTHER ORDERED** that "Defendant Lawnstarter, Inc.'s Motion To Compel Arbitration Or, Alternatively, Dismiss Plaintiff's Complaint" (Document No. 13) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: June 4, 2020

David C. Keesler
United States Magistrate Judge