CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:20-CV-081-MOC-DCK

| | |
|---|---|
| LANCE DEAN SHEPARDSON, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LAWNSTARTER, INC., | ) ) ) |
| Defendant. | ) ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the above-numbered and styled cause. Plaintiff Lance Dean Shepardson and Defendant LawnStarter, Inc., by and through their respective attorneys of record, have informed the Court that all matters in controversy between them have been settled and compromised, that Plaintiff agrees to dismiss his claims with prejudice to re-filing of same, and that each party will bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's claims against Defendant, as well as any claims that Plaintiff could have asserted against Defendant, are dismissed with prejudice;

2. All court costs shall be borne by the party incurring same; and

3. As the Court intends for this Agreed Order of Dismissal with Prejudice to be a final take nothing judgment in favor of Defendant, any relief not expressly granted herein is hereby DENIED.

ENTERED and ORDERED this \_\_\_\_ day of _____, 2020

---

**Honorable Max O. Cogburn, Jr.**
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ [signature]

LEMBERG LAW, L.L.C.

Sergei Lemberg (*pro hac vice*)
Stephen Taylor (*pro hac vice*)
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424


Lawrence B. Serbin
The Law Offices
of Jason E. Taylor, P.C.
301 S. McDowell Street, Suite 1016
Charlotte, NC 28204
Telephone: 800-351-3008

*Counsel for Plaintiff*

/s/ David Whittlesey

WYRICK ROBBINS YATES &
PONTON LLP

Benjamin N. Thompson
(N.C. State Bar No. 9005)
bthompson@wyrick.com
Michael D. DeFrank
(N.C. State Bar No. 32235)
mdefrank@wyrick.com
Post Office Drawer 17803
Raleigh, NC 27619-7803
Telephone: (919) 781-4000


SHEARMAN & STERLING LLP

David P. Whittlesey
Texas Bar No. 00791920
david.whittlesey@shearman.com
111 Congress Ave., Suite 1700
Austin, TX 78701
Tel.: (512) 647-1900

*Counsel for Defendant*